IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KEELY BAILEY on her own behalf and on behalf of other similarly situated persons,<br><br>     Plaintiff,<br><br>v.<br><br>BURY THE HATCHET KC, LLC, BURY THE HATCHET, LLC, BURY THE HATCHET HOLDINGS, LLC, and BURY THE HATCHET OP, LLC,<br><br>     Defendants. | Case No. 2:18-CV-02441-DDC-TJJ |

## JOINT MOTION TO DISMISS UNDER FED. R. CIV. P. 41

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff KEELY BAILEY ("Plaintiff") and defendant BURY THE HATCHET, KC, LLC, ("Defendant"), by and through undersigned counsel, jointly move to dismiss the action in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members, with the Parties to bear their own fees and costs.

Therefore, the Court may proceed to dismiss the action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members.

65981684.2

Respectfully submitted,

HKM ATTORNEYS LLP

By:     */s/ John J. Ziegelmeyer III*
	JOHN J. ZIEGELMEYER III (# 23003)
	1501 Westport Road
	Kansas City, MO 64111
	Telephone:  (816) 875-3332
	jziegelmeyer@hkm.com

	DONALD W. HEYRICH
	600 Stewart Street
	Seattle, WA
	Telephone: (206) 383-2504
	dheyrich@hkm.com

ATTORNEYS FOR PLAINTIFF KEELY BAILEY

POLSINELLI PC

By:     */s/ Brendan L. McPherson*
	BRENDAN L. MCPHERSON (# 23771)
	900 W. 48th Place, Suite 900
	Kansas City, MO 64112
	Telephone:  (816) 753-1000
	Fax:  (816) 753-1536
	bmcpherson@polsinelli.com

ATTORNEYS FOR DEFENDANT BURY THE HATCHET KC, LLC

---
## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of October, 2018, the foregoing was an electronically-filed document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ Brendan L. McPherson

65981684.2