## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KEELY BAILEY, on her own behalf and on behalf of other similarly situated persons,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**BURY THE HATCHET KC, LLC, et al.,**<br><br>    **Defendants.** | **Case No. 18-2441-DDC-TJJ** |

### ORDER OF DISMISSAL

On November 8, 2018, the parties filed a Joint Motion to Dismiss Under Fed. R. Civ. P. 41 (Doc. 9).  The court has reviewed the motion and grants the parties' request that the court dismiss the action with prejudice for plaintiff's individual claims and without prejudice for the claims of the putative class members.  The court thus grants the parties' Joint Motion to Dismiss.

**IT IS THEREFORE ORDERED BY THE COURT THAT** the parties' Joint Motion to Dismiss Under Fed. R. Civ. P. 41 (Doc. 9) is granted.  The court dismisses this action in its entirety with prejudice for plaintiff's individual claims and without prejudice for the claims of the putative class members.

**IT IS SO ORDERED.**

**Dated this 19th day of November, 2018, at Kansas City, Kansas.**

s/ Daniel D. Crabtree
**Daniel D. Crabtree**
**United States District Judge**